# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

133721(60)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LARRY HODGES,
　　　　　Plaintiff-Appellant,

v

SC: 133721
COA: 272157
Wayne CC: 04-423193-AV

RENAISSANCE CENTER,
　　　　　Defendant-Appellee.

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's June 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

d0830